**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**ABINGDON**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | )   Case No.:  1:20-CR-00024 |
| | ) |
| **SHAUN THAXTER** | ) |

**MOTION FOR ORDER REQUIRING THE FILING OF A SENTENCING MEMORANDUM, IF ANY, BY A DATE CERTAIN**

The United States moves the Court to require Shaun Thaxter to file his sentencing memorandum, if any, by October 1, 2020, to allow the United States sufficient time to notify and provide for the appearance of any witnesses needed to respond to any issues contested by Thaxter and to otherwise be prepared for the sentencing hearing.

Sentencing for Thaxter has been scheduled for October 22, 2020.  The Court has not required the filing of sentencing memoranda.  However, the United States filed a sentencing memorandum on or about September 3, 2020, and Thaxter has indicated he intends to file one.

                                              Respectfully submitted,

                                              DANIEL P. BUBAR
                                              Acting United States Attorney

                                              s/Randy Ramseyer
                                              Assistant United States Attorney
                                              Virginia Bar No. 33837
                                              United States Attorney's Office

                                                180 West Main Street, Suite B19
                                                Abingdon, Virginia 24210
                                                276-628-4161
                                                276-628-7399
                                                USAVAW.ECFAbingdon@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2020, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel for defendants.

                                                s/ Randy Ramseyer
                                                Assistant United States Attorney